Fill in this information to identify the case:

Debtor 1    Destenie Denise Slaughter

Debtor 2 _____

(Spouse, if filing)

United States Bankruptcy Court for the <u>SOUTHERN</u> District of <u>FLORIDA</u>

Case number <u>25-21131-SMG</u>

## Official Form 410S1

# Notice of Mortgage Payment Change

12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST</u>

**Court claim no.** (if known): <u>4-1</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>7091</u>

**Date of payment change:** <u>2/1/2026</u>
Must be at least 21 days after date of this notice

**New total payment:** <u>$1,682.42</u>
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

| Part 1: | Escrow Account Payment Adjustment |
|---------|-----------------------------------|

1.   **Will there be a change in the debtor's escrow account payment?**

   ■ No.
   ☐ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   _____

   _____

   **Current escrow payment:** _          **New escrow payment:**

| Part 2: | Mortgage Payment Adjustment |
|---------|------------------------------|

2.   **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ■ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:       Loan Modification

   _____

   **Current interest rate:**    4.5000          **New interest rate:**    4.7500%

   **Current principal and interest payment:** $1075.64   **New principal and interest payment:** $1,109.67

Debtor 1  <u>Destenie Denise Slaughter</u>

Print Name        Middle Name        Last Name

Case number *(if known)* <u>25-21131-SMG</u>

| Part 3: | **Annual HELOC Notice** |
|---|---|

3.  **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

■ No
□ Yes.

Current HELOC payment:          $

Reconciliation amount:          +$  or
                                                  - $

Amount of next payment (including reconciliation amount)          $

Amount of the new payment thereafter (without reconciliation amount)          $

| Part 4: | Other Payment Change |
|---|---|

4.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

■ No
□ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

**Current mortgage payment**                    **New mortgage payment:**

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 2

| Part 5: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

□ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Can Guner          Date  12/22/2025

Signature

Print    Can Guner                                          Title   Authorized Agent for Creditor

      First Name      Middle Name     Last Name

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address    13010 Morris Rd., Suite 450
      Number      Street

      Alpharetta, GA 30004
      City      State     ZIP Code

Contact Phone    470-321-7112                              Email   cguner@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___December 23, 2025___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Destenie Denise Slaughter**
8384 SW 25th Ct
Miramar, FL 33025

And via electronic mail to:

**Kenneth E Walton, II**
950 South Pine Island Road
Suite A-150
Plantation, FL 33324

*Trustee*
**Robin R Weiner**
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By: /s/ ___Hannah Phasavang___
Hannah Phasavang

 **CALIBER** PO Box 24610
**HOME LOANS** Oklahoma City, OK 73124-0610

12/14/2018

DESTENIE D SLAUGHTER
C/O ELIAS LEONARD DSOUZA
111 N PINE ISLAND RD STE 205
PLANTATION FL 33324-1836

8384 SW 25 COURT 105
MIRAMAR, FL 33025

Dear DESTENIE D SLAUGHTER:

**Congratulations!** You have completed your Trial Period Plan and enclosed is the modification agreement that will finalize your new terms.

**ACT NOW!** The modification program is a limited time offer and expires in 15 days. All terms and conditions of your existing loan remain in effect and unchanged until the signed agreement and first payment are received in our office.

**Accepting** the terms of the loan modification is easy. Carefully read and follow these two simple steps:

1.  Review the enclosed Loan Modification Agreement and if you agree to the terms and conditions, then:
    a.  Have all original borrowers sign and date the agreement in front of a witness.
    b.  Have the witness also sign where noted (this is very important; we may delay the final processing of the modification if this is missing).
    c.  Borrower(s) must be in the presence of a notary the same day the documents are signed and dated (if required).
2.  Using the enclosed prepaid envelope, return to us:
    a.  **Your first payment in the amount of $1,149.20 in the form of certified funds or money order.**
    b.  Original signed Loan Modification Agreement (make a copy for your records).

Caliber remains committed to working with our borrowers, so please contact us with any questions or to discuss other potential alternatives. Our modification specialists are available to help you with any questions, Monday through Friday, 8:00 AM – 7:00 PM Central Time at 1-800-401-6589.

Loss Mitigation Department
Caliber Home Loans, Inc.

**THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. Notice to Consumers presently in Bankruptcy or who have a Bankruptcy Discharge:** If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.

REPRESENTATION OF PRINTED DOCUMENT

This document was prepared by: Caliber Home Loans Inc.

## LOAN MODIFICATION AGREEMENT – 5 YEAR WITH STEP

**To the Borrower:  This Agreement contains changes in terms which affect your Loan secured by the Property identified below.  This is a legal obligation and you should read and understand the terms of this Agreement before you sign it.**

**This Agreement (the "Agreement") is dated as of 12/14/2018 but effective as of the Modification Effective Date defined herein, by and between DESTENIE D SLAUGHTER (collectively, the "Borrower" or "you") and Caliber Home Loans, Inc. (the "Servicer"), on behalf of the current owner of your loan (the "Lender").**

**RECITALS:**

A.    Borrower has a mortgage loan, account number ▮▮▮▮▮▮ (the "Loan").  This loan is secured by property commonly referred to as 8384 SW 25 COURT 105, MIRAMAR, FL 33025 (the "Property").

B.    Borrower signed the following documents in connection with the Loan:

- Note dated 04/28/2006 in the original amount of $256,000.00 (the "Note").

- Mortgage, Security Deed, or Deed of Trust on the Property, recorded in real property records of BROWARD County, FL (the "Security Instrument"), with an original stated maturity date of 05/01/2036.

- The Note and the Security Instrument, together with all documents executed in relation to the Note and the Security Instrument, and in addition to any loan modification previously entered into by Borrower, are called the "Loan Documents".

C.    Borrower and Servicer want to modify the terms of the Note and Security Instrument.

In consideration of the foregoing Recitals and the terms, conditions, representations and warranties, and mutual covenants and agreements herein, and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Borrower and Servicer (collectively, the "Parties"), mutually agree as follows:

1. **Conditions to Effectiveness of Agreement.**

   a. This Agreement will only be effective after Borrower signs and returns a signed original of this Agreement to Servicer on or before 01/31/2019.

   b. Lender will not be obligated or bound to make any modification of the Loan Documents if the Borrower fails to meet any one of the requirements under this Agreement.

2. **Modification of the Loan Documents**

   If the conditions of this Agreement are satisfied, then the Loan is modified as follows:

   a. <u>Modification Period</u>:  The payments on your loan will be modified from the effective date of the modification, which will be 01/01/2019 (the "Modification Effective Date").  You will pay the initial modified amount from the Modification Effective date until 01/01/2024 ("Initial Modification Period").  At the end of the Initial Modification Period, and beginning at Year 6, your interest rate and corresponding monthly principal and interest payment will increase in accordance with the table below until 01/01/2026, when your interest rate will remain fixed for the balance of the term of your Loan.

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

b.  Term Extension: The term of the Note has been extended and the new maturity date of the Loan will be 01/01/2059.

c.  Modified Principal Balance: On the Modification Effective Date, the unpaid principal balance payable under the Note is $247,085.94 (the "Unpaid Principal Balance").

d.  Modified Monthly Payment Amount: You promise to make modified monthly payments in an amount set forth in the table below beginning on the First Modification Payment Date and ending on the Maturity Date. The total modified monthly payment amount may include modified monthly principal and interest payments, and any monthly escrow payments (to the extent Servicer will pay escrowed amounts), as identified below.

e.  Interest Rate: Interest will be charged on the Unpaid Principal Balance at a rate of 2.500% (the "Modified Interest Rate") beginning on the Modification Effective Date. You will make modified monthly principal and interest payments based on this Modified Interest Rate as applied to the Unpaid Principal Balance beginning on the First Modification Payment Date and ending at the end of the Initial Modification Period.

f.  Interest Calculation: If your loan documents call for interest to be calculated using daily simple interest, or DSI, this Agreement permanently modifies your Loan so that interest is calculated on a monthly basis, also known as interest in arrears.

g.  Deferred Amounts: We have agreed to defer your obligation to pay the following amounts (the "Deferred Amounts"):

Deferred Principal:        $0.00
Deferred Amounts Other Than Principal:        $190,822.93

Deferred Amounts do not accrue interest. The Deferred Amounts will be due at the earlier of payment in full of the Note or the Maturity Date. If you sell the Property or refinance the Loan, you will be required to pay this Deferred Amount in addition to any other amounts due at that time. Otherwise, these amounts are due on the Maturity Date and are required to be paid at or before that time. This means that if you make all the payments required by this Agreement, you will still owe the Deferred Amount to Servicer. The Deferred Amount may result in a significantly higher monthly payment on the Maturity Date.

| Summary of the Initial Modification Period Payments: | |
|---|---|
| Unpaid Principal Balance: | $247,085.94 |
| Modified Interest Rate: | 2.500% |
| Modified Monthly Principal and Interest Payment: | $814.84 |
| Monthly Escrow Payment (Taxes and Insurance)*: | $334.36 |
| **Total Modified Monthly Payment:** | **$1,149.20** |
| **First Modification Payment Date:** | **02/01/2019** |
| **Maturity Date:** | **01/01/2059** |

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

| Years | Interest Rate | Interest Rate Change Date | Monthly P+I Payment | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment* | Payment Start Date | Number of Payments |
|---|---|---|---|---|---|---|---|
| 1-5 | 2.500% | 01/01/2019 | $814.84 | $334.36  <br> May adjust periodically | $1,149.20  <br> May adjust periodically | 02/01/2019 | 60 |
| 6 | 3.500% | 01/01/2024 | $942.01 | May adjust periodically | May adjust periodically | 02/01/2024 | 12 |
| 7 | 4.500% | 01/01/2025 | $1075.64 | May adjust periodically | May adjust periodically | 02/01/2025 | 12 |
| 8 - Maturity | 4.750% | 01/01/2026 | $1109.67 | May adjust periodically | May adjust periodically | 02/01/2026 | 396 |

\*   Your Monthly Escrow Payment is an amount calculated in accordance with the Loan Documents, and Federal and State law. This amount may change from time to time if escrow items (taxes and insurance) increase or decrease.

3. **Events of Default.**  A default under the terms of this Agreement constitutes a default under the terms of the Loan Documents. All the rights and remedies, stipulations, and conditions contained in the Loan Documents relating to default in the making of payments under the Loan Documents shall also apply to default in the making of the modified payments hereunder.

4. **Additional Covenants and Agreements.**

   The Parties further agree to and acknowledge each of the following:

   A.  All persons who signed the Loan Documents must sign this Agreement in person or by an authorized representative, unless (i) a borrower or co-borrower is deceased; (ii) the borrower and co-borrower are divorced and the property has been transferred to one spouse in the divorce decree, the spouse who no longer has an interest in the property need not sign this Agreement (although the non-signing spouse may continue to be held liable for the obligation under the Loan Documents); or (iii) Servicer has waived this requirement in writing. Borrower, by signing this Agreement, will be presumed to have read this Agreement and understand the terms of this Agreement.

   B.  This Agreement supersedes the terms of any modification, forbearance, trial period plan or other workout plan that Borrower may have or have had in the past with Servicer or any prior servicer.

   C.  Except as specifically modified by this Agreement, the terms of the Loan Documents remain in full force and effect, and are duly valid, binding agreements, enforceable in accordance with their terms.  This Agreement does not replace or release any terms in the Loan Documents, except as specifically modified by this Agreement.  Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the Loan Documents.

   D.  Borrower may not assign, and no person may assume, Borrower's rights under this Agreement or the Loan Documents without the prior written consent of the Servicer.

   E.  If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

F. If Servicer makes advances for payment of taxes or insurance, accrues interest, or posts late or other fees or expenses to the Loan, each of which is permissible under the Loan Documents to add to amounts outstanding under the Note, between the date Servicer generates this Agreement and the date this Agreement is processed, then these amounts will either become Deferred Amounts under the Loan Documents, or will be offset with a portion of Good Faith funds, if applicable. Any addition of Deferred Amounts or offset of advances pursuant to this section will be reflected on Borrower's periodic statement. Deferred Amounts do not accrue interest. The Deferred Amounts will be due at the earlier of payment in full of the Note, or the Maturity Date. If you sell the Property or refinance the Loan, you will be required to pay this Deferred Amount in addition to any other amounts due at that time. Otherwise, these amounts are due on the Maturity Date and are required to be paid at or before that time. This means that if you make all the payments required by this Agreement, you will still owe the Deferred Amount to Servicer. The Deferred Amount may result in a significantly higher monthly payment on the Maturity Date.

G. Borrower will execute such other documents or papers as may be reasonably necessary or required to either (i) consummate the terms and conditions of this Agreement, or (ii) correct the terms and conditions of this Agreement if an error is detected after execution of this Agreement. Borrower understands that either a corrected Agreement or a letter agreement containing the correction will be provided to Borrower for Borrower's signature. At the option of the lender, if Borrower elects not to sign any such corrective documentation, the terms of the operative Loan Documents will continue in full force and effect, and such terms will not be modified by this Agreement.

H. This Agreement constitutes notice that any waiver by Servicer as to payment of taxes, insurance and other escrow items has been revoked. Borrower agrees and understands that Borrower will be required to pay certain escrow amounts as required by Servicer in accordance with applicable Federal and state law.

5. **No Waiver.**

Except as specifically provided herein, the Security Instrument shall remain unaltered and in full force and effect and is hereby ratified and confirmed by the Parties hereto. This Agreement shall not constitute a novation of the Security Instrument. The execution, delivery and effectiveness of this Agreement shall not, except as expressly provided herein, operate as a waiver of any right, power or remedy of any party under the Security Instrument.

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**Notice to Consumers presently in Bankruptcy or who have a Bankruptcy Discharge: If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.**

REPRESENTATION OF PRINTED DOCUMENT

---

### BALLOON PAYMENT DISCLOSURE

This Modification Agreement defers certain amounts, which creates a balloon that will be collected by the Servicer at the earlier of payment in full of the Note or the maturity date. Because these amounts are not included in your regular scheduled payments, even if you make all payments required by this agreement, the loan will not be paid in full at maturity. You therefore may be required to pay the entire outstanding balance in a single payment at the loan maturity date. Neither the Servicer nor Lender has any obligation to refinance or to offer you a new loan at maturity. You may have to seek new third-party financing and incur other additional financing costs at the time the balloon becomes due.

---

In Witness Whereof, Servicer and Borrower have executed this Modification Agreement as of the dates indicated below.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Agreement:

_Destenie D. Slaughter (signature)_

DESTENIE D SLAUGHTER

C/O ELIAS LEONARD DSOUZA
111 N PINE ISLAND RD STE 205
PLANTATION FL 33324-1836
Address

Date: _Jan 5TH, 2019_

Account Number: 9802509211

_(signature)_

Caliber Home Loans, Inc.

By: _____

Date: _JAN 2 8 2019_

___

Witness Signature

___

Printed Witness Name



May 22, 2020



DESTENIE D SLAUGHTER
111 N PNE IS RD 205
PLANTATION, FL 33324

**Property Address:**      8384 SW 25 COURT 105
                          MIRAMAR, FL 33025

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is pleased to inform you that we have completed a deferral of payment(s) ("Deferral") on the account. During a recent phone conversation, you notified SPS that you experienced a short term hardship and agreed to a deferral of the outstanding payments. The deferred payments have been added to a non-interest bearing balance, which will be due upon maturity or payoff of the account.

This offer is based on information we currently have regarding your account and is not based on a complete Assistance Review Application. You are still eligible to submit a complete Assistance Review Application and be reviewed for all options available to you and receive all the protections afforded by federal law. Please contact us regarding the information required to fulfill your Assistance Review Application so that we can evaluate you for all available loss mitigation options for which you are eligible. You have the option to submit a complete Assistance Review Application regardless of whether or not you accept this Plan.

## Deferral Acceptance

You do not need to take any action to accept the Deferral. Please retain a copy of this letter for your records.

## Summary of Deferral Terms

| | | Current Principal Balance: $432,344.07 |
|---|---|---|
| **Origination Date:** | 04/28/2006 | **Pre Agreement Due Date:** 05/01/2020 |
| **Maturity Date:** | 01/01/2059 | **Post Agreement Due Date:** 06/01/2020 |
| **Property Address:** | 8384 SW 25 COURT 105 MIRAMAR, FL 33025 | |

**Deferred Amount:** Mortgage payments for the month(s) of May 2020 through May 2020, which total $814.84 will be due upon maturity of the account and added to the last payment due. **This amount does not include scheduled monthly escrow payment(s). Unpaid monthly escrow payment(s) may result in an escrow shortage.**

The Deferred Amount will be due and payable on the Maturity Date of the account or upon payoff of the account, whichever is sooner. Additional interest will not be charged on the Deferred Amount and no fee will be charged for completing a Deferral. The remaining terms of the mortgage documents will stay in full force and effect.

Any additional amounts that have accrued for fees and advances on the account are not included in the Deferred Amount.

## Contact Us

At SPS, any of our trained customer care experts can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available resolution options. If you have any questions or concerns, please contact our Loan Resolution Department. Our toll-free number is 888-818-6032, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like to speak with a HUD approved counselor, call the Homeowner's HOPE™ Hotline 888-995-HOPE (4673). The Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**Minnesota - This collection agency is licensed by the Minnesota Department of Commerce New York City - Collection Agency License # 1170514**



June 22, 2020



DESTENIE D SLAUGHTER
111 N PNE IS RD 205
PLANTATION, FL 33324

**Property Address:**          8384 SW 25 COURT 105
                               MIRAMAR, FL 33025

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is pleased to inform you that we have completed a deferral of payment(s) ("Deferral") on the account. During a recent phone conversation, you notified SPS that you experienced a short term hardship and agreed to a deferral of the outstanding payments. The deferred payments have been added to a non-interest bearing balance, which will be due upon maturity or payoff of the account.

This offer is based on information we currently have regarding your account and is not based on a complete Assistance Review Application. You are still eligible to submit a complete Assistance Review Application and be reviewed for all options available to you and receive all the protections afforded by federal law. Please contact us regarding the information required to fulfill your Assistance Review Application so that we can evaluate you for all available loss mitigation options for which you are eligible. You have the option to submit a complete Assistance Review Application regardless of whether or not you accept this Plan.

## Deferral Acceptance

You do not need to take any action to accept the Deferral. Please retain a copy of this letter for your records.

## Summary of Deferral Terms

|  |  | Current Principal Balance: $432,846.71 |
|---|---|---|
| **Origination Date:** | 04/28/2006 | **Pre Agreement Due Date:** 06/01/2020 |
| **Maturity Date:** | 01/01/2059 | **Post Agreement Due Date:** 07/01/2020 |
| **Property Address:** | 8384 SW 25 COURT 105 MIRAMAR, FL 33025 |  |

**Deferred Amount:** Mortgage payments for the month(s) of June 2020 through June 2020, which total $814.84 will be due upon maturity of the account and added to the last payment due. **This amount does not include scheduled monthly escrow payment(s). Unpaid monthly escrow payment(s) may result in an escrow shortage.**

The Deferred Amount will be due and payable on the Maturity Date of the account or upon payoff of the account, whichever is sooner. Additional interest will not be charged on the Deferred Amount and no fee will be charged for completing a Deferral. The remaining terms of the mortgage documents will stay in full force and effect.

Any additional amounts that have accrued for fees and advances on the account are not included in the Deferred Amount.

## Contact Us

At SPS, any of our trained customer care experts can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available resolution options. If you have any questions or concerns, please contact our Loan Resolution Department. Our toll-free number is 888-818-6032, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like to speak with a HUD approved counselor, call the Homeowner's HOPE™ Hotline 888-995-HOPE (4673). The Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**Minnesota - This collection agency is licensed by the Minnesota Department of Commerce**
**New York City - Collection Agency License # 1170514**



April 9, 2020

STENIE D SLAUGHTER
1 N PNE IS RD 205
PLANTATION, FL 33324

**Property Address:**          8384 SW 25 COURT 105
                              MIRAMAR, FL 33025

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is pleased to inform you that we have completed a deferral of payment(s) ("Deferral") on the account. During a recent phone conversation, you notified SPS that you experienced a short term hardship and agreed to a deferral of the outstanding payments. The deferred payments have been added to a non-interest bearing balance, which will be due upon maturity or payoff of the account.

This offer is based on information we currently have regarding your account and is not based on a complete Assistance Review Application. You are still eligible to submit a complete Assistance Review Application and be reviewed for all options available to you and receive all the protections afforded by federal law. Please contact us regarding the information required to fulfill your Assistance Review Application so that we can evaluate you for all available loss mitigation options for which you are eligible. You have the option to submit a complete Assistance Review Application regardless of whether or not you accept this Plan.

### Deferral Acceptance

You do not need to take any action to accept the Deferral. Please retain a copy of this letter for your records.

### Summary of Deferral Terms

|  |  | **Current Principal Balance:** $431,840.78 |
| --- | --- | --- |
| **Origination Date:** | 04/28/2006 | **Pre Agreement Due Date:** 04/01/2020 |
| **Maturity Date:** | 01/01/2059 | **Post Agreement Due Date:** 05/01/2020 |
| **Property Address:** | 8384 SW 25 COURT 105 MIRAMAR, FL 33025 | |

**Deferred Amount:** Mortgage payments for the month(s) of April 2020 through April 2020, which total $814.84 will be due upon maturity of the account and added to the last payment due. **This amount does not include scheduled monthly escrow payment(s). Unpaid monthly escrow payment(s) may result in an escrow shortage.**

The Deferred Amount will be due and payable on the Maturity Date of the account or upon payoff of the account, whichever is sooner. Additional interest <u>will not</u> be charged on the Deferred Amount and no fee will be charged for completing a Deferral. The remaining terms of the mortgage documents will stay in full force and effect.

Any additional amounts that have accrued for fees and advances on the account are not included in the Deferred Amount.

## Contact Us

At SPS, any of our trained customer care experts can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available resolution options. If you have any questions or concerns, please contact our Loan Resolution Department. Our toll-free number is 888-818-6032, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like to speak with a HUD approved counselor, call the Homeowner's HOPE™ Hotline 888-995-HOPE (4673). The Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**Minnesota - This collection agency is licensed by the Minnesota Department of Commerce New York City - Collection Agency License # 1170514**







**CALIBER HOME LOANS**

RETURN SERVICE ONLY

Dallas TX 75261-9063

NMLS ID 15622

**Mortgage Statement**

Statement Date: 01/07/2019

If you have questions or concerns about your statement, please contact us at 1-800-401-6587 between the hours of 8:00am and 7:00pm, Monday through Friday (CST), or email us by logging in to your account at myaccount.caliberhomeloans.com and selecting "Contact Us."

DESTENIE D SLAUGHTER
8384 SW 25TH CT # 105
MIRAMAR FL 33025-2985

| Payment Due Date | 02/01/19 |
|---|---|
| **Amount Due** | **$46,609.18** |

If payment is received after 02/11/19, a $0.00 late fee will be charged.

Property Address: 8384 SW 25 COURT 105
MIRAMAR FL 330252985

## Account Information

| | |
|---|---|
| Outstanding Principal | $246,713.80 |
| Interest Rate (Until 11/01/20) | 4.00000% |
| Prepayment Penalty | No |
| Total Deferred Balance | $155,595.81 |
| Total Lender Advance Balance | $6,389.42 |
| Maturity Date | 05/01/2046 |
| Current Escrow Balance | ($3,074.42) |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $411.21 |
| Interest | $784.55 |
| Escrow (Taxes, Insurance, or PMI/MIP) | $117.83 |
| Ancillary | $0.00 |
| Past Due Amount | $38,667.05 |
| Total Fees Charged | $6,389.42 |
| Uncollected Late Charges | $239.12 |
| **Reinstatement Amount*** | **$46,609.18** |
| **Acceleration Amount** | **$436,023.81** |

## Delinquency Notice

The servicer has made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process on the loan.

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 01/07/2019, you are 858 days delinquent on your mortgage.

**Total Payment Due: $46,609.18**

If you are experiencing financial difficulty, see the back of the statement for homeownership counseling and assistance contact information.

**Recent Account History**

Payment due 08/01/18:  Unpaid balance of $1,313.59
Payment due 09/01/18:  Unpaid balance of $1,313.59
Payment due 10/01/18:  Unpaid balance of $1,313.59
Payment due 11/01/18:  Unpaid balance of $1,313.59
Payment due 12/01/18:  Unpaid balance of $1,313.59
Payment due 01/01/19:  Unpaid balance of $1,313.59

Current Payment Due  02/01/19 - $1,313.59

## Past Payments Breakdown:

| | Recently Paid | Paid Year-To-Date |
|---|---|---|
| Principal | $372.14 | $372.14 |
| Interest | $823.62 | $823.62 |
| Escrow (Taxes, Insurance, or PMI/MIP) | $235.37 | $235.37 |
| Fees | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Unapplied Balance | $0.00 | $1,781.64 |
| **Total** | **$1,431.13** | **$3,212.77** |

## Important Messages

*The reinstatement amount listed above will only be accepted by Caliber through the day before your next payment due date. If you wish to payoff the loan please contact our Customer Service Department to request a payoff statement at 1-800-401-6587, Monday- Friday 8 a.m. to 7 p.m. Central Time, excluding federal holidays.

**Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account unless your loan is current, prepaid, or a daily simple interest loan. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose.

## Transaction Activity (12/14/18 - 01/07/19)

| Transaction Date | Transaction Description | Transaction Amount | Principal | Interest | Escrow | OPT/INS | Late Charges | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|
| 12-04-2018 | Mortgage Payment | $1,431.13 | $372.14 | $823.62 | $235.37 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12-14-2018 | Fee Waived | -$500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$500.00 |
| 12-14-2018 | Fee Waived | -$325.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$325.00 |
| 12-14-2018 | Fee Waived | -$250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$250.00 |

PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THE BOTTOM PORTION

| Account Number | Regular Payment | Past Due | Amount Due by 02/01/19 |
|---|---|---|---|
| | $1,313.59 | $38,667.05 | **$46,609.18** |
| | | | If payment is received after 02/11/19, $0.00 late fee will be charged. |

DESTENIE D SLAUGHTER
8384 SW 25TH CT # 105
MIRAMAR FL 33025-2985

CALIBER HOME LOANS, INC.
P.O. BOX 650856
DALLAS, TX 75265-0856

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Total Enclosed | $ |

Internet Reprint

## IMPORTANT CALIBER HOME LOANS CONTACT INFORMATION

| | | | |
|---|---|---|---|
| **Payments:**<br>P.O. Box 650856<br>Dallas, TX 75265-0856 | **Payments - Overnight:**<br>Caliber Home Loans<br>Attn: Lockbox Operations 650856<br>2701 East Grauwyler Rd., BLDG 1<br>Irving, TX 75061 | **Fax Numbers:**<br>Fax payoff requests: 1-405-608-2003 | **Questions about Tax:**<br>Phone: 1-844-815-6406<br>P.O. Box 9209<br>Coppell, TX 75019-9210 |
| **Correspondence Address:**<br>P.O. Box 24610<br>Oklahoma City, OK 73124 | **Questions about Property Insurance:**<br>Phone: 1-866-825-9268<br>P.O. Box 7731<br>Springfield, OH 45501 | **Questions about Mortgage Insurance:**<br>P.O. Box 272556<br>Oklahoma City, OK 73137-2556 | Spanish to English 7-1-1 or 1-888-777-5861<br>TTY to Voice 7-1-1 or 1-800-735-2989 |

Notices of Error, Requests for Information or Qualified Written Requests must be sent to: P.O. Box 270415, Oklahoma City, OK 73137. Please include your specific concern or question and account number.

Oregon Residents: Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (866) 814-9710 or visit http://dfr.oregon.gov

Caliber Home Loans, Inc., mortgage servicer, is registered with the Superintendent of the New York State Department of Financial Services. Borrowers have the right to file complaints about the servicer with the New York State Department of Financial Services. You may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at http://www.dfs.ny.gov.

## IMPORTANT PAYMENT INFORMATION

**Payment Options:** Caliber Home Loans, Inc. provides you the following options for making your loan payments.
- Mail: P.O. Box 650856, Dallas, TX 75265-0856
- Pay-by-phone*: 1-800-401-6587
- One Time ACH – Online**: www.CaliberHomeLoans.com
- Automatic Deduction: Recurring ACH enroll at www.CaliberHomeLoans.com

*A fee may apply for this service. **A $3.50 transactional fee may apply to this option.

**Online Services:** Caliber Home Loans, Inc. offers a variety of online services to help you better manage your mortgage loan including:
- Payments
- Electronic Statements
- "Notify Me" Alerts

You can also view your loan payment history, principal balance, interest rate and escrow account activity. Simply visit www.CaliberHomeLoans.com and select "Customer Login" from the home page. For further assistance, please contact us at 1-800-401-6587.

**Payment Information:** Additional Amount: Please designate how you want additional funds to be applied; we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

Your payment is credited on the day it is received at our payment center. It is not credited the day it is postmarked. Payments made by check are processed electronically by using the information listed on the check. Payments by check authorize us to create a one-time electronic funds transfer and process the payment as either a paper check or electronic draft. The check will not be returned to you. If the check does not clear at the time it is presented for processing, we may attempt to withdraw funds from your account electronically one or more times. **Postdated checks will be processed on the date they are received.** Allowable fees may apply for returned or rejected payments.

Notice of Negative Information: We may report information about your account to the Credit Bureaus. Late payment, missed payments, other defaults, or bankruptcy filing on your account may be reflected in your credit report.

## INSURANCE/PROPERTY TAX INFORMATION

**Insurance Requirements:** The terms of your loan require that you maintain homeowner's insurance coverage. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. Policy Information: To protect our mutual interests, the mortgage clause of your policy must include the following: Caliber Home Loans ISAOA, P.O. Box 7731, Springfield, OH 45501. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4120). For insurance questions you can reach our Insurance Department at 1-866-825-9268.

**Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-866-940-2335 so that we may guide you through this process. You can also write to us at Insurance Claims, Caliber Home Loans, PO Box 6501, Springfield, OH 45501-6501.

**Loans with Escrowed Tax:** For Tax questions call 1-844-815-6406. If your property taxes are paid from an escrow account with us and you receive a tax bill, please forward the bill immediately to the following address: Caliber Home Loans, Inc., P.O. Box 9209, Coppell, TX 75019-9210. Please be sure to write your loan number on the bill. You may also fax current tax bills to our Tax Department at 1-509-797-8974. Evidence of payment for delinquent taxes should be faxed to 817-826-1258.

## FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | | | | | |
|---|---|---|---|---|---|
| Appraisal Fee (up to): | $1,200.00 | Late Fees: | Varies | Release / Reconveyance Fee (up to): | $600.00 |
| Assumption Fee: | Varies | One Time ACH (up to): | $3.50 | Returned Check Fee: | Varies |
| Bankruptcy Attorney Fees: | Varies | Partial Release (up to): | $500.00 | Subordination (up to): | $250.00 |
| Brokers Price Opinion (up to): | $250.00 | Policeman, Fireman,<br>Rescue Services (up to): | $30.00 | Title Search (up to): | $500.00 |
| CEMA Document Fee (Non-Caliber to Caliber): | $500.00 | Prepayment Penalty: | Varies | Vacant Property Registration (up to): | $11,000.00 |
| CEMA Document Fee (Caliber to Caliber): | $250.00 | Property Inspection (up to): | $30.00 | Western Union (up to): | $15.00 |
| Fax Fee: | $5.00 | Property Preservation: | Varies | *May be subject to change | |
| Foreclosure Attorney Fees: | Varies | Recast (up to): | $250.00 | | |

Other fees may apply. For complete list visit our website at www.CaliberHomeLoans.com

## MORTGAGE COUNSELING AND ASSISTANCE AND BANKRUPTCY NOTICE

**Mortgage Counseling and Assistance:** If you would like counseling or assistance, you can find a list of counselors in your area on the U.S. Department of Housing and Urban Development's website at www.hud.gov or call 1-800-569-4287.

**Automated Account Information:** Account information is easy to access through Caliber Home Loans, Inc. Automated Phone Service by calling 800-401-6587. Please have your loan number and your Social Security Number to access this convenient service. Automated information is available 24/7.

**Bankruptcy Notice:** Please note that notwithstanding anything herein to the contrary, in the event you are subject to an "Automatic Stay" issued by a United States Bankruptcy court, this communication is not intended to collect, assess, or recover a debt. In the event the referenced debt has been discharged in bankruptcy, this communication is not intended to collect, recover, or offset any such debt as a personal liability to you. Please be advised that this communication constitutes neither a demand for payment nor a notice of personal liability. However, unless the bankruptcy court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired. This means that, unless otherwise ordered by the bankruptcy court, if the requirements of the loan document are not met and the "Automatic Stay" is no longer in effect, we can pursue whatever remedy rights we hold in the property pursuant to the security agreement, such as the right to foreclose. This notice is not intended as legal advice and you should consult your lawyer if you have any legal questions about your rights.

This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose.

### IMPORTANT REFINANCE/PURCHASE INFORMATION

Caliber Home Loans, Inc., 3701 Regent Boulevard, Irving, TX 750████████1-800-401-6587. This is not an offer to enter into an agreement. Not all customers will qualify. Information, rates, and programs are subject to change without prior notice. All products are subject to credit and property approval. Not all products are available in all states or for all dollar amounts. Other restrictions and limitations apply. Caliber Home Loans, Inc. is required to disclose the following license information: Alaska Mortgage Lender Licen████ Arizona Mortgage Ban████Licensed by The Department of Corporations under the California Residential Mortgage Lending Act, Finance Lender Licensee; CO: Regulated by the Division of Real Estate; DE: Licensed by the Delaware State Bank Commission ████expires 12/31; Georgia Residential Mortgage Len████; Illinois Residential Mortgage Licen████3, by the Illinois Division of Banking, 320 West Washington St., Springfield, IL 62786, (217) 782-3000; Kansas-licensed mortgage company, License Num████ Massachusetts: Lender████; Minnesota: MN-MO-40149066, This is not an offer to enter into an agreement. Any such offer may only be made in accordance with the requirements of Minn. Stat. Section 47.206 (3) and (4); Licensed by the Mississippi department of Banking and Consumer Finance; Montana Mortgage Lender Licen████licensed by the New Hampshire Banking Department; NV: 3753 Howard Hughes Parkway, Suite 257, Las Vegas, NV 89169, (702) 784-5975; Licensed mortgage banker n.s.--N.J. Department of Banking; Licensed Mortgage Banker-NYS Department of Financial Services; Ohio MBMB.850184.000; Oregon Mortgage Lender ████; Rhode Island Licensed Lender; VA ████(www.nmlsconsumeraccess.org); Washington Consumer Loan Company████



**You may update your personal information by visiting our website at**
**www.CaliberHomeLoans.com or call 1-800-401-6587.**

REPRESENTATION OF PRINTED DOCUMENT

# CALIBER HOME LOANS

RETURN SERVICE ONLY

Dallas TX 75261-9063

**Mortgage Statement**

Statement Date: 01/07/2019

If you have questions or concerns about your statement, please contact us at 1-800-401-6587 between the hours of 8:00am and 7:00pm, Monday through Friday (CST), or email us anytime by logging in to your account at myaccount.caliberhomeloans.com and selecting "Contact Us."

DESTENIE D SLAUGHTER
8384 SW 25TH CT # 105
MIRAMAR FL  33025-2985

| Payment Due Date | 02/01/19 |
|---|---|
| **Amount Due** | **$46,609.18** |

*If payment is received after 02/11/19, a $0.00 late fee will be charged.*

## Messages or Transaction Activity          (Continued)

| Transaction Date | Transaction Description | Transaction Amount | Principal | Interest | Escrow | OPT/INS | Late Charges | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|
| 12-14-2018 | Fee Waived | -$325.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$325.00 |
| 12-14-2018 | Fee Waived | -$500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$500.00 |

Internet Reprint