# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

**CASE NO.:  25-21131-BKC-SMG**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

DESTENIE DENISE SLAUGHTER
XXX-XX-0155

DEBTOR_____/

### MOTION AUTHORIZING CHAPTER 13 TRUSTEE TO DISBURSE PRE-CONFIRMATION PAYMENTS TO ADMINISTRATIVE, SECURED, AND PRIORITY CREDITORS

COMES NOW, Robin R. Weiner, Standing Chapter 13 Trustee and her staff attorneys in the above-referenced case ("Trustee"), hereby moves this Honorable Court for an Order granting Motion Authorizing Chapter 13 Trustee to Disburse Pre-Confirmation Payments to Administrative, Secured, and Priority Creditors pursuant to 11 U.S.C. § 361 and § 1326, and states:

1. To facilitate the administration of the case, the Trustee requests all interim pre-confirmation payments received by the Trustee be deemed non-refundable to the Debtor should the case be dismissed prior to Confirmation.

2. As a condition of the continued Confirmation Hearing, the Trustee requests to retain any and all interim pre-confirmation payments in trust as adequate protection payments for the secured creditors and in trust for the administrative and priority creditors on a pro-rata basis, in accordance with the last filed plan filed at least one day prior to the last confirmation hearing date, less all applicable Trustee's fees and costs pending confirmation or dismissal of the case.

3. In the event the Case be dismissed, the Trustee shall disburse in the normal course all payments held in trust on a pro-rata basis, in accordance with the last filed plan filed at least one day prior to the last confirmation hearing date, less all applicable Trustee's fees and costs.

**WHEREFORE** the Trustee respectfully requests this Honorable Court enter an Order granting Motion Authorizing Chapter 13 Trustee to Disburse Pre-Confirmation Payments to Administrative, Secured, and Priority Creditors, and for such other and further relief as the Court deems just and proper.

MOTION AUTHORIZING CHAPTER 13 TRUSTEE TO DISBURSE PRE-CONFIRMATION PAYMENTS TO ADMINISTRATIVE,
SECURED, AND PRIORITY CREDITORS
CASE NO.:  25-21131-BKC-SMG

    **I  HEREBY  CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Motion Authorizing Chapter 13 Trustee to Disburse Pre-Confirmation Payments to Administrative, Secured, and Priority Creditors was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 28th day of May, 2026.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED VIA CM/ECF TO:**

ASSISTANT U.S. TRUSTEE
51 SW FIRST AVENUE
ROOM 1204
MIAMI, FL 33130

**DEBTOR**
DESTENIE DENISE SLAUGHTER
8384 SW 25TH CT
MIRAMAR, FL  33025

**ATTORNEY FOR DEBTOR**
KENNETH E. WALTON, ESQUIRE
DSOUZA & WALTON LAW GROUP, PA
950 S PINE ISLAND ROAD
SUITE A-150
PLANTATION, FL  33324

**CREDITOR**
AFFIRM, INC.
C/O RESURGENT CAPITAL SERVICES
POB 10587
GREENVILLE, SC  29603-0587

MOTION AUTHORIZING CHAPTER 13 TRUSTEE TO DISBURSE PRE-CONFIRMATION PAYMENTS TO ADMINISTRATIVE, SECURED, AND PRIORITY CREDITORS
CASE NO.:  25-21131-BKC-SMG

DESTENIE DENISE SLAUGHTER
8384 SW 25TH CT
MIRAMAR, FL  33025

ECMC
LOCKBOX #8682
POB 16478
ST. PAUL, MN  55116-0478

ECMC
POB 16408
ST. PAUL, MN  55116-0408

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA, PA  19101-7346

MURANO AT HAMPTON PARK COMMUNITY ASSOCIATION, INC.
C/O AWILDA ESTERAS, ESQUIRE
201 ALHAMBRA CIRCLE, ELEVENTH FLOOR
CORAL GABLES, FL  33134

MURANO AT HAMPTON PARK NO. 5 CONDO ASSOC. INC.
C/O GABRIEL PEREZ-SIAM, ESQ.
7001 SW 87 COURT
MIAMI, FL  33173

SELENE FINANCE, LP
3501 OLYMPUS BLVD 5TH FLOOR SUITE 500
DALLAS, TX  75019

U.S. BANK TRUST NATIONAL ASSOCIATION
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA  30004

UNITED STATES OF AMERICA, DEPT. OF TREASURY,
C/O RAYCHELLE A. TASHER
99 N.E. 4TH STREET, SUITE 300
MIAMI, FL  33132

MOTION AUTHORIZING CHAPTER 13 TRUSTEE TO DISBURSE PRE-CONFIRMATION PAYMENTS TO ADMINISTRATIVE,
SECURED, AND PRIORITY CREDITORS
CASE NO.:  25-21131-BKC-SMG

UNITED STATES TREASURY
POB 7317
PHILADELPHIA, PA  19101-7317