**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.:  25-21131-BKC-SMG**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

DESTENIE DENISE SLAUGHTER
XXX-XX-0155

DEBTOR_____/

**CERTIFICATE OF SERVICE ON NOTICE OF HEARING**

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the Notice Of Hearing noted above was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 28th day of May, 2026.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
DESTENIE DENISE SLAUGHTER
8384 SW 25TH CT
MIRAMAR, FL  33025

**ATTORNEY FOR DEBTOR**
KENNETH E. WALTON, ESQUIRE
DSOUZA & WALTON LAW GROUP, PA
950 S PINE ISLAND ROAD
SUITE A-150
PLANTATION, FL  33324

**CREDITOR(S)**

AFFIRM, INC.
C/O RESURGENT CAPITAL SERVICES
POB 10587
GREENVILLE, SC  29603-0587

ECMC
LOCKBOX #8682
POB 16478
ST. PAUL, MN  55116-0478

ECMC
POB 16408
ST. PAUL, MN  55116-0408

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA, PA  19101-7346

MURANO AT HAMPTON PARK COMMUNITY ASSOCIATION, INC.
C/O AWILDA ESTERAS, ESQUIRE
201 ALHAMBRA CIRCLE, ELEVENTH FLOOR
CORAL GABLES, FL  33134

MURANO AT HAMPTON PARK NO. 5 CONDO ASSOC. INC.
C/O GABRIEL PEREZ-SIAM, ESQ.
7001 SW 87 COURT
MIAMI, FL  33173

SELENE FINANCE, LP
3501 OLYMPUS BLVD 5TH FLOOR SUITE 500
DALLAS, TX  75019

U.S. BANK TRUST NATIONAL ASSOCIATION
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA  30004

UNITED STATES OF AMERICA, DEPT. OF TREASURY,
C/O RAYCHELLE A. TASHER
99 N.E. 4TH STREET, SUITE 300
MIAMI, FL  33132

UNITED STATES TREASURY
POB 7317
PHILADELPHIA, PA  19101-7317