UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

DESTENIE DENISE SLAUGHTER,          Case No. 25-21131-SMG

    Debtor.                              Chapter 13

_____/

## CERTIFICATE OF SERVICE

I certify that on **June 1, 2026**, the Second Amended Plan (Dkt. No. 63) was served electronically on the following parties:

- Chapter 13 Trustee

- All other parties registered on CM/ECF on this case.

I further certify that on **June 1, 2026**, I served a copy of the foregoing document by U.S. mail on the parties listed on the attached mailing matrix.

> **JOHNSON A. D'SOUZA, P.A.**
> 5214 SW 91st Ave, Suite # 4
> Cooper City, Florida 33328
> (786) 479-8575 (Telephone)
> Email for State Court Pleadings:
> johnsondsouzalaw@gmail.com
>
> By: **/s/ Johnson Angel D'Souza**
> Johnson Angel D'Souza, Jr., Esq.
> Florida Bar No. 1049213
> Email: johnsondsouzalaw@gmail.com

LF-46 (rev. 06/01/26)

Label Matrix for local noticing
113C-0
Case 25-21131-SMG
Southern District of Florida
Fort Lauderdale
Thu Jun  4 17:10:00 EDT 2026

Murano at Hampton Park Community, Associatio
Siegfried Rivera
201 Alhambra Circle
11th Floor
Coral Gables, FL 33134-5107

Murano at Hampton Park No. 5 Condominium Ass
7001 SW 87 Court
Miami, FL 33173-2509

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Ads/Comenity/Victoria
Po Box 182789
Columbus, OH 43218-2789

Affirm
650 California St
FL 12
San Francisco, CA 94108-2716

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

AllianceOne Receivables Management, Inc.
3043 Walton Road
Suite 201
Plymouth Meeting, PA 19462-2389

Bloomingdales/Citibank
PO Box 6789
Sioux Falls, SD 57117-6789

Dorothy Slaughter
PO Box 695537
Miami, FL 33269-5537

Florida Department of Transportation
605 Suwannee Street
MS 57
Tallahassee, FL 32399-0450

Florida School Bus Infraction Detection Enfo
P.O. Box 1310
Newington, VA 22122-1310

Francis Dixon (Asue Treasurer)
30 N.W. 185 Terrace
Miami, FL 33169-4510

Higher ED Loan Authority of MO on behalf of
ECMC
PO BOX 16408
St Paul, MN  55116-0408

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Macys/Citibank NA
PO Box 6789
Sioux Falls, SD 57117-6789

Memorial Healthcare System
2900 Corporate Way
Miramar, FL 33025-3925

Mohela/Navient
633 Spirit of Saint Louis Blvd
Chesterfield, MO 63005-1006

Murano at Hampton Park No # 5 Condo Ass
POB 189115
c/o Maintenance Assessments
Fort Lauderdale, FL 33318-9115

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Select Portfolio Servicing
3217 S Decker Lake Dr
West Valley City, UT 84119-3284

Steve Rice
2194 Lincoln Ave
Opa Locka, FL 33054-2857

Tromberg, Miller, Morris & Partners, PLLC
600 W Hillsboro Blvd
Suite #600
Deerfield Beach, FL 33441-1611

Tromberg, Miller, Morris & Partners, PLLC
600 West Hillsboro Blvd
Suite # 600
Deerfield Beach, FL 33441-1611

U.S. Bank Trust Company National Association
6409 Congress Avenue
Suite 100
Boca Raton, FL 33487-2853

U.S. Bank Trust National Association
Robertson, Anschutz, Schneid, & Crane PL
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

U.S. Bank Trust National Association, not
in its individual capacity but solely as
owner trustee for RCF 2 Acquisition
Trust  - Selene Finance LP 3501 Olympus
Blvd, Suite 500 Dallas, TX 75019-6156

USA Vascular Centers of Miami PLLC
P.O. Box 971
Northbrook, IL 60065-0971

Wilmington Savings Fund Society
500 Delaware Avenue
Wilmington, DE 19801-1490

c/o Selene Finance
PO Box 660369
Dallas, TX 75266-0369

Destenie Denise Slaughter
8384 SW 25th Ct
Miramar, FL 33025-2985

Johnson Angel D'Souza
5214 SW 91st Ave - Suite # 4
Cooper City, FL 33328-5039

Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355-9007

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

United States of America IRS
c/o Raychelle A Tasher
99 NE 4 St #300
Miami, FL 33132

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. BANK TRUST NATIONAL ASSOCIATION, NOT

(u)U.S. Bank Trust National Association

(d)Affirm
650 California St FL 12
San Francisco, CA 94108-2716

End of Label Matrix
Mailable recipients    32
Bypassed recipients     3
Total                  35